CITY OF NORTH WILDWOOD, APPELLANT, v. LORAINE CIRELLI, BY NEXT FRIEND, RESPONDENT.

Submitted October 29, 1943—Decided January 27, 1944.

For the appellant, *T. Millet Hand.*

For the respondent, *Anthony J. Cafiero.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, HEHER, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 12.

*For reversal*—None.